UNDISTRIBUTED BALANCE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

TO:                         CLERK, BANKRUPTCY COURT

DATE:                       11/24/2015

DEBTOR:                     AARON SCOTT & HELEN JESSIE WEINAPPLE

CH13 CASE NO:               12-01219

ASSIGNED JUDGE:             Honorable Louise Adler

AMOUNT:                     $1667

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| Palm Springs Market and Liquor<br>4301 Palm Ave<br>La Mesa, CA 91941 | $1667 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Fariba Fazeli

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT

cc: Carolina Kotzias Tiller
    Bankrupcy Law Center
    1230 Columbia St., Suite 1100
    San Diego CA 92101